UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMED ZEWEL, MAJD MOKHTAR,
and SHENOUDA ANIS,

    Plaintiffs,

v.                                        Case No: 8:14-cv-3070-T-36TBM

UNLIMITED WIRELESS
COMMUNICATIONS, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on July 8, 2016 (Doc. 37). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Joint Motion to Approve Settlement Agreement (Doc. 31), incorporating the Settlement Agreement (Doc. 31-1) be GRANTED. Judge McCoun further recommends that the Court direct the prompt disbursement of the settlement amounts to Plaintiff's counsel, and upon notification from Plaintiff's counsel that such sums have been received, the Court administratively close the case as to Mr. Mokhtar, granting leave for him to re-open the case to address the matter of fees and costs on subsequent motion, if necessary, filed no later than fourteen (14) days after the resolution of the remaining Plaintiffs' claims. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement (Doc. 31) is **GRANTED**. The Settlement Agreement (Doc. 31 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) The settlement amounts for Plaintiff Majd Mokhtar shall be disbursed promptly.

(4) The Clerk is directed to administratively close this case as to Plaintiff Majd Mokhtar.

(5) Plaintiff Majd Mokhtar is granted leave to move to re-open the case to address the issue of fees and costs, if necessary, no later than **fourteen (14) days** after the resolution of the remaining Plaintiffs' claims.

**DONE AND ORDERED** in Tampa, Florida on August 2, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record